UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Keean Vontrell Griffin, | Case No. 17-CV-0229 (PJS/KMM) |
| Plaintiff, | |
| v. | ORDER |
| State of Minnesota and Officer Jomar Villamor, | |
| Defendants. | |

Keean Vontrell Griffin, pro se.

Kathryn Iverson Landrum, ATTORNEY GENERAL'S OFFICE, for defendant State of Minnesota.

This matter is before the Court on plaintiff Keean Vontrell Griffin's objection to the April 26, 2017 Report and Recommendation ("R&R") of Magistrate Judge Katherine Menendez. Judge Menendez recommends granting the State of Minnesota's motion to dismiss. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 18]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The State of Minnesota's motion to dismiss [ECF No. 8] is GRANTED.

-1-

2. All claims against the State of Minnesota are DISMISSED WITHOUT PREJUDICE.

Dated: May 26, 2017

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge