# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Keean Vontrell Griffin,<br><br>                    Plaintiff,<br><br>v.<br><br>Officer Jomar Villamor,<br><br>                    Defendant. | Case No. 17-cv-00229-PJS-KMM<br><br>**REPORT AND RECOMMENDATION** |

Keean Vontrell Griffin, 1000 Newton Ave. N., Apt. 7, Minneapolis, MN 55411, plaintiff *pro se*

Ana H. Voss, United States Attorney's Office, 300 S. 4th St. – Ste 600, Minneapolis, MN 55415, counsel for Officer Villamor

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated February 9, 2018.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

Let judgment be entered accordingly.

Date: 3/19/18

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge
